AO106(Rev.5/85) Affidavit for Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person, property, or premises to be searched)

DELL LAPTOP COMPUTER
SERVICE TAG 8B68E, HELD IN EVIDENCE
WASHINGTON FIELD OFFICE
UNITED STATES SECRET SERVICE
1100 L STREET, NW
WASHINGTON, DC 20005

**APPLICATION AND AFFIDAVIT
FOR SEARCH WARRANT**

CASE NUMBER:

(Further described below)

I __CHAD BREWER__ being duly sworn depose and say:

I am a(n) __Special Agent with the United States Secret Service__ and have reason to believe
              (Official Title)
that ☐ on the person of or ☒ on the property or premises known as (name, description and or location)
Dell laptop computer, service tag number 8B68E, as further described in the affidavit, which is attached hereto and is incorporated reference.

there is now concealed a certain person or property, namely (describe the person or property to be searched)
**the electronic contents of the computer described above**

which is (state one or more bases for search and seizure set forth under Rule 41(c) of the Federal Rules of Criminal Procedure)
**evidence, fruits, and instrumentalities of the crimes**

concerning a violation of Title __18__ United States Code, Section(s) __§§ 474, 493, 1028 1344__ . The facts to support a finding of Probable Cause are as follows:

SEE ATTACHED AFFIDAVIT HEREIN INCORPORATED BY REFERENCE AS IF FULLY RESTATED HEREIN

Continued on the attached sheet and made a part hereof.    ☒ YES   ☐ NO

JEFFREY R. RAGSDALE
Federal Major Crimes Section
(202) 514-8321

Signature of Affiant
Chad Brewer, Special Agent
United States Secret Service

Sworn to before me, and subscribed in my presence

at Washington, D.C.

Date

Name and Title of Judicial Officer    Signature of Judicial Officer

**AFFIDAVIT IN SUPPORT OF A SEARCH WARRANT**

    A.    **AFFIANT BACKGROUND**

    1.    The affiant in this matter, CHAD BREWER (hereinafter referred to as "the affiant"), is a Special Agent with the United States Secret Service (hereinafter referred to as "USSS"), which is part of the United States Department of Homeland Security. The affiant has been with the USSS since December 2004. The affiant has conducted several investigations involving counterfeiting and financial crimes, and has participated in the execution of numerous search warrants and arrests as a Special Agent.

    2.    The affiant has completed the Criminal Investigator Training Program at the Federal Law Enforcement Training Center in Brunswick, Georgia. During this training, the affiant received training in Constitutional law governing search and seizure, federal rules of evidence, investigative methods, interviewing, crime scene processing, and court testimony. The affiant has also completed the Special Agent Training Course at the USSS's James J. Rowley Training Center in Beltsville, MD. During this training, the affiant received training in investigating several crimes, including false identification, forgery, counterfeiting, fraud, and computer crimes, as well as the investigative methods mentioned above.

    3.    The affiant also holds a Master's of Forensic Science degree from the George Washington University in Washington, DC. The affiant's studies included federal criminal law; federal rules of evidence; crime scene photography, investigation and interpretation; firearms and toolmarks identification; human identification and pathology; biological evidence; terrorism; and drug trafficking.

**B.    SOURCE OF EVIDENCE**

4.     Affiant is familiar with the facts and circumstances of this investigation. All relevant events described herein occurred in the District of Columbia. The information contained in this affidavit is based upon the affiant's personal knowledge, knowledge obtained during his participation in this investigation, knowledge obtained from other individuals, and information gained through his training and experience. Since this affidavit is being submitted for the limited purpose of supporting a search warrant, the affiant has not included every fact known to him concerning this investigation. The affiant has set forth only those facts which he believes are necessary to establish probable cause that the defendant named herein has violated fraud and false identification statutes and that evidence of such criminal acts might be found in the defendant's laptop computer.

**C.    PROBABLE CAUSE**

5.     On Saturday, 12/9/06, Melvin Claudius Johnson was stopped in Washington, DC, for traffic violations. Metropolitan Police Department (MPD) officers arrested Johnson for operating an unregistered automobile and for doing so without a valid driver license. During the search incident to arrest, officers found counterfeit U.S. currency on Johnson's person. While searching Johnson's vehicle incident to arrest, officers found partially cut counterfeit U.S. currency as well as items indicative of counterfeit currency manufacturing, including a laptop computer, scanner, and printer observed in the rear hatchback area of the vehicle.

6.     On 12/12/06, the affiant obtained a search warrant for Johnson's vehicle authorizing the search and seizure of evidence of the manufacture of counterfeit U.S. currency, both within the vehicle and the hard drive of the laptop computer. This search warrant was served on 12/13/06. During the search, agents of the U.S. Secret Service located and seized the

laptop computer, a Dell Latitude, Service Tag 8B68E, as well as the scanner and printer noted above, and numerous other equipment and supplies, suspected to have been used for the manufacture of counterfeit U.S. currency.

7. A subsequent search of the laptop computer has discovered, in addition to images of U.S. currency, several images that could be used in producing fraudulent checks and false identification documents. These items include a template for making a counterfeit New Hampshire Drivers License and a scanned image of a blank check.

8. In the affiant's training and experience as a USSS Special Agent, he has learned that it is possible to produce false identifications and fraudulent checks using commercially-available equipment and supplies. One method is to scan a valid drivers license, alter the image electronically using a computer, and print the altered image on a blank plastic card. Another method involves electronically constructing a fictitious drivers license on a computer and then printing the document on a blank plastic card.

9. Based upon the above statement of facts and circumstances, the affiant submits that there is probable cause to believe that there will be found in the Dell laptop computer, Service Tag Number 8B68E, in addition to evidence of 18 U.S.C. 471 already discovered, evidence of violations of 18 U.S.C. 1028 (False Identification), 18 U.S.C. 474 (Plates, stones, or analog, digital, or electronic images for counterfeiting obligations or securities), 18 U.S.C. 493 (Bonds and Obligations of Certain Lending Agencies), or 18 U.S.C. 1344 (Bank Fraud). The affiant submits that it is reasonable to expect that software, images, or instructions used to produce false identification documents and fraudulent checks will be found in the Dell Latitude laptop computer, described above.

**E.  REQUEST FOR A SEARCH WARRANT**

10. The affiant requests that a search warrant be issued for the contents contained in the Dell laptop computer, described above, for evidence of the statues listed herein.

                Special Agent Chad Brewer
                United States Secret Service

Sworn to and subscribed before me this _____ day of March, 2007

_____
United States Magistrate Judge
District of Columbia