AO93(Rev.5/85)Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

DELL LAPTOP COMPUTER
SERVICE TAG           HELD IN EVIDENCE
WASHINGTON FIELD OFFICE
UNITED STATES SECRET SERVICE
1100 L STREET, NW
WASHINGTON, DC 20005

**SEARCH WARRANT**

CASE NUMBER:

**07 - 0 7 8 - M - 0 1.**

TO: __CHAD BREWER__ and any Authorized Officer of the United States

Affidavit(s) having been made before me by __Special Agent Chad Brewer__ who has reason to believe that ☐ on the person or ☒ on the premises known as (name, description and or location)

Dell laptop computer, service tag number         s further described in the affidavit, which is attached hereto and is incorporated reference.

there is now concealed a certain person or property, namely (describe the person or property)

**Electronic contents of hard-drive**

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

**YOU ARE HEREBY COMMANDED** to search on or before ___March 15, 2007___
(Date)
(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ☒ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☐ (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

MAR 0 5 2007

Date and Time Issued

JOHN M. FACCIOLA
MAGISTRATE JUDGE

Name and Title of Judicial Officer

at Washington, D.C.

/s/ John M. Facciola

(Signature of Judicial Officer)

## RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 3/5/07 | 3/8/07 at 11:30 AM | |

INVENTORY MADE IN THE PRESENCE OF

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

See attached list.

**FILED**

MAR 1 3 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

x *Chad H. Brewer*

Subscribed, sworn to, and returned before me this date.

_____        03/13/07
U.S. Judge or U.S. Magistrate Judge        Date

# Dell Laptop Serial Number
# IBM Travelstar 5.12GB Hard Drive Serial Number

Dell Laptop                                                                 Page 1

```
└─Dell Laptop                      │ │ ├─Sun                          │ │ │ ├─DXC.tmp
  └─C                              │ │ │ └─Java                       │ │ │ ├─directx
    ├─$Extend                      │ │ │   └─Deployment               │ │ │ ├─drivers
    ├─Config.Msi                   │ │ │     └─javaws                 │ │ │ ├─help
    ├─Documents and Settings       │ │ └─VCheck                       │ │ │ ├─inf
    │ ├─Administrator              │ ├─Cookies                        │ │ │ ├─sysbackup
    │ │ ├─Application Data         │ ├─Desktop                        │ │ │ └─system
    │ │ │ ├─Adobe                  │ │ ├─AOL Saved PFC                │ │ ├─DXD.tmp
    │ │ │ │ ├─Acrobat              │ │ │ └─C_America Online 9.0a      │ │ │ ├─directx
    │ │ │ │ │ ├─7.0                │ │ │   └─organize                 │ │ │ ├─drivers
    │ │ │ │ │ │ ├─Collab           │ │ │     └─CACHE                  │ │ │ ├─help
    │ │ │ │ │ │ ├─Digital Editions │ │ ├─Fax                          │ │ │ ├─inf
    │ │ │ │ │ │ ├─JavaScripts      │ │ ├─Games                        │ │ │ ├─sysbackup
    │ │ │ │ │ │ ├─Preferences      │ │ └─Startup                      │ │ │ └─system
    │ │ │ │ │ │ └─Updater          │ ├─Favorites                      │ │ ├─HP PhotoSmart
    │ │ │ │ │ └─Preferences        │ │ ├─Financial Links              │ │ │ └─Temporary File Cache
    │ │ │ │ ├─ESD                  │ │ ├─Links                        │ │ ├─HPQKYGRP_00000620
    │ │ │ │ └─Linguistics          │ │ └─Media                        │ │ ├─isc75.tmp
    │ │ │ │   └─Dictionaries       │ ├─Local Settings                 │ │ ├─nsf39.tmp
    │ │ │ │     └─Adobe Custom Dictionary │ │ ├─Application Data      │ │ ├─PeoplePC
    │ │ │ │       ├─all            │ │ │ ├─Adobe                      │ │ │ └─ISP6130
    │ │ │ │       ├─brt            │ │ │ │ ├─Acrobat                  │ │ │   ├─Accelerated
    │ │ │ │       ├─can            │ │ │ │ │ └─7.0                    │ │ │   ├─Bin
    │ │ │ │       └─eng            │ │ │ │ │   └─Cache                │ │ │   ├─Browser
    │ │ │ ├─AdobeUM                │ │ │ │ │     └─Search70           │ │ │   ├─Help
    │ │ │ ├─AOL                    │ │ │ │ └─Color                    │ │ │   ├─HTA
    │ │ │ ├─G7PS                   │ │ │ ├─AOL                        │ │ │   │ ├─accelerated
    │ │ │ │ ├─HTMLViewer           │ │ │ │ └─UserProfiles             │ │ │   │ └─images
    │ │ │ │ └─VersaCheck           │ │ │ │   ├─1155804980             │ │ │   ├─Content
    │ │ │ │   └─2005 Gold          │ │ │ │   │ └─administrator        │ │ │   ├─Data
    │ │ │ ├─Help                   │ │ │ │   │   └─metrics            │ │ │   ├─Images
    │ │ │ ├─Hewlett-Packard        │ │ │ │   │     ├─data             │ │ │   │ └─Content
    │ │ │ │ └─Digital Imaging      │ │ │ │   │     ├─held             │ │ │   ├─password
    │ │ │ ├─Identities             │ │ │ │   │     ├─rawdata          │ │ │   ├─Scripts
    │ │ │ │ └─{1A9E47B0-BF47-41D1-A207- │ │ │ │   │     ├─rawheld     │ │ │   ├─Style
68CC9DAE8109}                      │ │ │ │   │     ├─rawsent          │ │ │   └─Toasts
    │ │ │ ├─InterTrust             │ │ │ │   │     └─sent             │ │ │     └─images
    │ │ │ │ └─ReceiptRepository    │ │ │ │   └─All Users              │ │ ├─ICON
    │ │ │ ├─Macromedia             │ │ │ │     └─cls                  │ │ ├─SmartDialer
    │ │ │ │ └─Flash Player         │ │ │ │       └─clsFolder.000      │ │ │ ├─CallRecordManager
    │ │ │ │   ├─#SharedObjects     │ │ │ ├─Help                       │ │ │ │ └─CallRecords
    │ │ │ │   │ └─SKFYW2AG         │ │ │ ├─Identities                 │ │ │ ├─DLL
    │ │ │ │   ├─macromedia.com     │ │ │ │ └─{1A9E47B0-BF47-41D1-A207- │ │ │ ├─Locations
    │ │ │ │   │ └─support          68CC9DAE8109}                      │ │ │ ├─Phonebooks
    │ │ │ │   │   └─flashplayer    │ │ │ │   └─Microsoft              │ │ │ ├─Updates
    │ │ │ │   │     └─sys          │ │ │ │     └─Outlook Express      │ │ │ └─Users
    │ │ │ ├─Microsoft              │ │ │ └─Microsoft                  │ │ ├─System
    │ │ │ │ ├─Address Book         │ │ │   ├─Dialer                   │ │ │ ├─ANSI
    │ │ │ │ ├─CD Player            │ │ │   ├─Internet Explorer        │ │ │ └─Redist
    │ │ │ │ ├─Crypto               │ │ │   ├─Money                    │ │ └─Utilities
    │ │ │ │ │ └─RSA                │ │ │   │ └─10.0                   │ │ ├─pft21~tmp
    │ │ │ │ │   └─S-1-5-21-1659004503- │ │ │   │   └─DynUpdate        │ │ ├─svme9.tmp
854245398-1811628067-500           │ │ │   ├─Windows                  │ │ ├─_ISTMP1.DIR
    │ │ │ │ ├─HTML Help            │ │ │   └─Works                    │ │ └─_ISTMP0.DIR
    │ │ │ │ ├─IME                  │ │ │     └─Portfolio              │ │   └─FileGrp
    │ │ │ │ │ └─TINTLGNT           │ │ ├─History                      │ ├─hsperfdata_Administrator
    │ │ │ │ ├─Internet Explorer    │ │ │ └─History.IE5                │ ├─pft12~tmp
    │ │ │ │ │ └─Quick Launch       │ │ │   ├─MSHist012006090220060903 │ │ ├─Help
    │ │ │ │ ├─Media Player         │ │ │   ├─MSHist012006113020061201 │ │ │ └─ENU
    │ │ │ │ ├─Network              │ │ │   ├─MSHist012006120120061202 │ │ ├─Reader
    │ │ │ │ │ └─Connections        │ │ │   └─MSHist012006120220061203 │ │ │ ├─ActiveX
    │ │ │ │ │   └─Pbk              │ │ ├─Temp                         │ │ │ ├─Browser
    │ │ │ │ ├─Protect              │ │ │ ├─sv24l.tmp                  │ │ │ ├─JavaScripts
    │ │ │ │ │ └─S-1-5-21-1659004503- │ │ │ ├─_is7                     │ │ │ ├─Optional
854245398-1811628067-500           │ │ │ ├─DX33.tmp                   │ │ │ ├─plug_ins
    │ │ │ │ ├─SystemCertificates   │ │ │ │ ├─directx                  │ │ │ │ ├─Annotations
    │ │ │ │ │ └─My                 │ │ │ │ ├─drivers                  │ │ │ │ │ └─Stamps
    │ │ │ │ │   ├─Certificates     │ │ │ │ ├─help                     │ │ │ │ │   └─ENU
    │ │ │ │ │   ├─CRLs             │ │ │ │ ├─inf                      │ │ │ │ ├─ImageViewer
    │ │ │ │ │   └─CTLs             │ │ │ │ ├─sysbackup                │ │ │ │ │ └─Lib
    │ │ │ │ └─Templates            │ │ │ │ └─system                   │ │ │ │ └─InterTrust
```

# Dell Laptop
# Serial Number
# IBM Travelstar 5.12GB Hard Drive
# Serial Number



# Dell Laptop
# Serial Number
# IBM Travelstar 5.12GB Hard Drive
# Serial Number



Case 1:07-mj-00078-JMF    Document 2    Filed 03/13/2007    Page 6 of 9

# Dell Laptop
# Serial Number
# IBM Travelstar 5.12GB Hard Drive
# Serial Number



Case 1:07-mj-00078-JMF   Document 2   Filed 03/13/2007   Page 7 of 9

# Dell Laptop
# Serial Number
# IBM Travelstar 5.12GB Hard Drive
# Serial Number

Dell Laptop                                                                                           Page 5

```
| | | ├─bin                                 └─ucb                              ├─common
| | | └─lib                          ├─samples                                 └─drivers
| | |    ├─compiler                  |  └─english                                 ├─com_os
| | |    ├─curses                    ├─template                                   ├─win2k_xp
| | |    ├─distutils                 |  └─english                                 └─win9x_me
| | |    |  └─command                |     ├─internal                          ├─Drivers
| | |    ├─email                     |     ├─layout                            |  ├─dot4
| | |    ├─encodings                 |     ├─presnt                            |  |  ├─Win2000
| | |    ├─hotshot                   |     └─wizard                            |  |  └─win98
| | |    ├─lib-old                   |        ├─bitmap                         |  ├─Scanner
| | |    ├─lib-tk                    |        ├─report                         |  └─Uninst
| | |    ├─plat-linux2               |        ├─styles                         |     └─enu
| | |    ├─site-packages             |        └─web                            ├─enu
| | |    ├─test                      ├─uno_packages                            |  └─drivers
| | |    |  ├─data                   ├─wordbook                                |     ├─com_lang
| | |    |  └─output                 |  └─english                              |     └─win9x_me
| | |    └─xml                       └─user                                    ├─Setup
| | |       ├─dom                       ├─autocorr                             |  ├─enu
| | |       ├─parsers                   ├─autotext                             |  ├─product
| | |       └─sax                       ├─backup                               |  └─Wis
| | └─resource                          ├─basic                                |     ├─Win2K_XP
| ├─share                               |  └─Standard                          |     └─Win9x
| ├─autocorr                            ├─config                               └─util
| ├─autotext                            |  └─soffice.cfg                          ├─AiO
| |  └─english                          |     └─META-INF                          ├─CCC
| ├─basic                               ├─database                                |  ├─bin
| |  ├─Depot                            |  └─biblio                               |  ├─cleanup
| |  ├─Euro                             ├─gallery                                 |  └─enu
| |  ├─FormWizard                       ├─plugin                                  └─common
| |  ├─Gimmicks                         ├─registry                             ├─WINNT
| |  ├─ImportWizard                     |  ├─cache                             ├─$NtUninstallKB890046$
| |  ├─Launcher                         |  └─data                              |  └─spuninst
| |  ├─Schedule                         |     └─org                            ├─$NtUninstallKB896358$
| |  ├─Template                         |        └─openoffice                   |  └─spuninst
| |  ├─Tools                            |           ├─Office                   ├─$NtUninstallKB896422$
| |  └─WebWizard                        |           └─ucb                      |  └─spuninst
| ├─config                              ├─store                                ├─$NtUninstallKB896424$
| |  ├─symbol                           ├─temp                                 |  └─spuninst
| |  └─webcast                          ├─template                             ├─$NtUninstallKB899587$
| ├─dict                                ├─uno_packages                         |  └─spuninst
| |  └─ooo                              └─wordbook                             ├─$NtUninstallKB899589$
| ├─dtd                              ├─Outlook Express                         |  └─spuninst
| |  ├─math                          ├─QuickTime                               ├─$NtUninstallKB900725$
| |  |  └─1_01                       |  └─Plugins                              |  └─spuninst
| |  └─officedocument                ├─Real                                    ├─$NtUninstallKB901017$
| |     └─1_0                        |  └─RealPlayer                           |  └─spuninst
| ├─gallery                          |     ├─Msg                               ├─$NtUninstallKB905414$
| |  ├─bullets                       |     |  └─10_1154474016                  |  └─spuninst
| |  ├─htmlexpo                      |     └─Setup                             ├─$NtUninstallKB908531$
| |  ├─rulers                        ├─Uninstall Information                   |  └─spuninst
| |  ├─sounds                        |  ├─IE UserData NT                       ├─$NtUninstallKB914388$
| |  ├─www-back                      |  ├─OutlookExpress                       |  └─spuninst
| |  └─www-graf                      |  └─Q903235                              ├─$NtUninstallKB917008$
| ├─readme                           ├─Windows Media Player                    |  └─spuninst
| ├─registry                         |  ├─Skins                                ├─$NtUninstallKB917736$
| |  ├─data                          |  └─Visualizations                       |  └─spuninst
| |  |  └─org                        ├─Windows NT                              ├─$NtUninstallKB920683$
| |  |     └─openoffice              |  ├─Accessories                          |  └─spuninst
| |  |        ├─Office               |  |  └─ImageVue                          ├─$NtUninstallKB920958$
| |  |        └─ucb                  |  └─Pinball                              |  └─spuninst
| |  ├─res                           └─WindowsUpdate                           ├─$NtUninstallQ828026$
| |  |  └─en-US                      ├─RECYCLER                                |  └─spuninst
| |  |     └─org                     |  └─S-1-5-21-1659004503-854245398-       ├─$SQLUninstallMDAC25SP3-KB911562-
| |  |        └─openoffice           1811628067-500                            x86-ENU$
| |  |           ├─Office            |     └─Dc1                               |  └─spuninst
| |  |           └─ucb               |        └─Adobe Download Manager         ├─addins
| |  └─schema                        ├─System Volume Information               ├─AppPatch
| |     └─org                        |  └─catalog.wci                          ├─Config
| |        └─openoffice              ├─TEMP                                    ├─Connection Wizard
| |           ├─Office               |  └─HP All-in-One Series Web Release     ├─CSC
```

# Dell Laptop
# Serial Number
# IBM Travelstar 5.12GB Hard Drive
# Serial Number

Dell Laptop                                                                 Page 6

```
│   ├─d1                          │   │   ├─0416                          │   ├─config
│   ├─d2                          │   │   ├─0419                          │   ├─dhcp
│   ├─d3                          │   │   ├─041d                          │   ├─DirectX
│   ├─d4                          │   │   ├─041f                          │   │   └─Dinput
│   ├─d5                          │   │   ├─0804                          │   ├─dllcache
│   ├─d6                          │   │   ├─0816                          │   ├─drivers
│   ├─d7                          │   │   └─0c0a                          │   │   ├─disdn
│   └─d8                          │   ├─mww32                             │   │   └─etc
├─Cursors                         │   ├─manager                           │   ├─DTCLog
├─Debug                           │   └─modem                             │   ├─export
│   └─UserMode                    ├─Offline Web Pages                     │   ├─GroupPolicy
├─Downloaded Installations        ├─Profiles                              │   │   ├─Machine
│   └─{C6DDE5BB-60C6-468B-82BA-   │   └─All Users                         │   │   └─User
166F35CF4CD6}                     │       └─Adobe                         │   ├─ias
│   ├─Downloaded Program Files    │           └─Webbuy                    │   ├─ie_de
│   ├─Driver Cache                ├─RegisteredPackages                    │   ├─IME
│   │   └─i386                    │   └─{89920200-ECBD-11cf-8B85-         │   │   ├─CINTLGNT
│   ├─Fonts                       00AA005B4383}                           │   │   ├─PINTLGNT
│   ├─Help                        │   ├─Registration                      │   │   └─TINTLGNT
│   ├─IME                         │   ├─repair                            │   ├─inetsrv
│   │   └─IMEJP                   │   ├─security                          │   ├─Macromed
│   │       ├─Applets             │   │   ├─Database                      │   │   ├─Common
│   │       ├─Dicts               │   │   ├─logs                          │   │   ├─Director
│   │       └─UsrDicts            │   │   └─templates                     │   │   ├─Flash
│   ├─inf                         │   ├─SoftwareDistribution              │   │   └─Shockwave 8
│   ├─Installer                   │   │   ├─DataStore                     │   ├─Microsoft
│   │   ├─{01001202-823E-46CD-A70E-│   │   │   └─Logs                      │   │   ├─Crypto
BEE818F97169}                     │   │   ├─Download                      │   │   │   └─RSA
│   │   ├─{29F15D3F-5B37-44DB-BB89-│   │   ├─1ecefd93e6869cae3c59975999e09db0│   │   │       ├─MachineKeys
390B3AD1404E}                     │   │   │   └─S-1-5-18                   │   │   │       └─S-1-5-18
│   │   ├─{6F716D8C-398F-11D3-85E1-│   │   ├─3dadfa52ea2998e88c1462cf025da476│   │   │   └─Protect
005004838609}                     │   │   │                                │   │   │       └─S-1-5-18
│   │   ├─{9FA23C53-D512-488C-BD99-│   │   ├─8af58bfe2c6151e664d4ba20839de070│   │   │           └─User
4124F6DD2087}                     │   │   │                                │   ├─mui
│   │   ├─{A1B7B9B3-E1D2-41CA-9B4A-│   │   ├─b644f487577711809366dbf3bb5f84d7│   │   ├─0009
F18DC2710704}                     │   │   │                                │   │   └─dispspec
│   │   ├─{AC76BA86-7AD7-1033-7B44-│   │   ├─ca1c9a5f6bfb5c940f7b592a816e164e│   ├─npp
A70000000000}                     │   │   │                                │   ├─NtmsData
│   │   ├─{BD3DCAB0-3FE5-44FB-90DA-│   │   └─d19ef33b7eb7276e6722cf28a690f4ae│   ├─os2
EFB0A2CD1387}                     │   │       ├─backup                     │   │   └─dll
│   │   ├─{CF5193F7-6B37-11D5-B7D2-│   │       │   └─uniproc                │   ├─ras
00AA00A204F1}                     │   │       ├─download                   │   ├─rocket
│   │   ├─{DC19E750-988B-4005-A355-│   │       ├─uniproc                   │   ├─rpcproxy
85EF66055EFE}                     │   │       └─update                     │   ├─Setup
│   │   └─{E7298FD5-1386-11D5-8D6C-│   │   ├─EventCache                    │   ├─ShellExt
0050DAD32D95}                     │   │   ├─SelfUpdate                     │   ├─spool
│   ├─Media                       │   │   │   ├─Default                    │   │   ├─drivers
│   ├─msagent                     │   │   │   └─Registered                 │   │   │   ├─color
│   │   ├─chars                   │   │   └─WuRedir                        │   │   │   └─w32x86
│   │   └─intl                    │   │       └─9482F4B4-E343-43B6-B170-   │   │   │       └─3
│   ├─msapps                      9A65BC822C77                             │   │   ├─PRINTERS
│   │   └─msinfo                  │   ├─Speech                             │   │   ├─prtprocs
│   ├─msdownld.tmp                │   ├─Sun                                │   │   │   └─w32x86
│   ├─mui                         │   │   └─Java                           │   ├─wbem
│   │   └─fallback                │   │       └─Deployment                 │   │   ├─Logs
│   │       ├─0401                │   ├─system                             │   │   ├─mof
│   │       ├─0404                │   ├─system32                           │   │   │   ├─bad
│   │       ├─0405                │   │   ├─Adobe                          │   │   │   └─good
│   │       ├─0406                │   │   ├─appmgmt                        │   │   └─Repository
│   │       ├─0407                │   │   │   ├─MACHINE                    │   └─wins
│   │       ├─0408                │   │   │   ├─S-1-5-21-1659004503-854245398-│   ├─Tasks
│   │       ├─040b                1811628067-1000                          │   ├─Temp
│   │       ├─040c                │   │   │   └─S-1-5-21-1659004503-854245398-│   ├─twain_32
│   │       ├─040d                1811628067-500                           │   │   ├─fjscan
│   │       ├─040e                │   │   ├─BITS                           │   │   └─fcpa
│   │       ├─0410                │   │   ├─CatRoot                        │   ├─hpsj_0000
│   │       ├─0411                │   │   │   └─{F750E6C3-38EE-11D1-85E5-  │   ├─logiscan
│   │       ├─0412                00C04FC295EE}                            │   ├─miitwain
│   │       ├─0413                │   │   ├─Com                            │   └─Web
│   │       ├─0414                                                         │       ├─printers
│   │       ├─0415
```

# Dell Laptop
# Serial Number
# IBM Travelstar 5.12GB Hard Drive
# Serial Number



Dell Laptop                                                                                                           Page 7

```
|   └─images                    └─en_US                        └─theme
|   └─Wallpaper              ├─List view window              ├─SPPlugins
└─Lost Files                 ├─Main window                   ├─spuninst
    ├─0                      ├─Messages                      ├─spuninst
    ├─1024                   | └─ENU                         ├─spuninst
    ├─129                    ├─Multimedia                    ├─spuninst
    ├─Annotations            | └─MPP                         ├─spuninst
    | └─Stamps               ├─Optional                      ├─spuninst
    |   └─ENU                ├─phxbkup                       ├─spuninst
    ├─comps                  ├─PictureTasks                  ├─spuninst
    ├─Content window         | ├─Howto                       ├─spuninst
    ├─dialerTray             | | └─images                    ├─spuninst
    | └─ver4_1_35_3          | ├─OLS                         ├─spuninst
    |   └─resources          | | └─Locale                    ├─spuninst
    |     ├─en-US            | |   └─ENU                     ├─spuninst
    |     └─es-us            | └─Templates                   ├─Updater
    ├─drop-down button       ├─plug_ins3d                    ├─urlData
    ├─Fwd_Back button        ├─resources                     | └─ver1_4_14_1
    ├─HowTo                  | └─en-us                       ├─urlDispatcher
    | └─ENU                  ├─resources                     | └─ver4_2_6_1
    |   └─Images             | ├─autofixes                   ├─ver3_0_9_1
    ├─ImageViewer            | └─en-us                       | └─resources
    | └─en_US                ├─settingsManagerApp            |   └─en-US
    ├─Javascripts            | └─ver1_1_20_1                 |     ├─aim
    ├─Legal                  |   ├─content                   |     ├─aol
    | └─Adobe Reader         |   ├─resources                 |     └─ssc
    |   └─7.0.0              |   | └─en-US                   └─Window pane
```